# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AN VO, )<br>)<br>   Petitioner, )<br>)<br>v. )<br>)<br>WARDEN OF DIAMONBACK )<br>CORRECTIONAL FACILITY, )<br>)<br>   Respondent. ) | Case No. CIV-26-363-J |

## ORDER TO CURE DEFICIENCIES

The Court has received the habeas corpus petition filed by counsel Tiffany Walker-Killip on behalf of Petitioner. Doc. 1. It appears counsel is not a resident of and does not maintain an office in Oklahoma. She is therefore required to comply with LCvR83.3(a), which requires association of nonresident counsel with local counsel. Additionally, if counsel is not admitted to practice in this Court she must apply for admission pro hac vice under LCvR83.2(g). Once admitted, she must file an entry of appearance under LCvR83.4.

Counsel has also not paid the $5.00 filing fee or submitted a motion for leave to proceed in forma pauperis on Petitioner's behalf.

Counsel shall cure these deficiencies by **March 10, 2026**. Failure to comply with this Order may result in the Court dismissing this action.

**SO ORDERED** this 5th day of March, 2026.

_____
SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE

2