**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

AN VO,                                        )
                                              )
            Petitioner,                       )
                                              )
v.                                            )        Case No. CIV-26-363-J
                                              )
WARDEN OF DIAMONDBACK                         )
CORRECTIONAL FACILITY,                        )
                                              )
            Respondent.                       )

## ORDER

Petitioner, through counsel, filed a Petition under 28 U.S.C. § 2241 challenging his detention with the United States Immigration and Customs Enforcement.  The matter was referred for initial proceedings to United States Magistrate Judge Suzanne Mitchell consistent with 28 U.S.C. § 636(b)(1)(B), (C).  Judge Mitchell ordered Petitioner's counsel to cure errors, including her failure to comply with LCvR 83.3(a) and failure to pay the $5.00 filing fee.  [Doc. No. 4].  Counsel did not respond or cure the errors, and Judge Mitchell issued a Report and Recommendation recommending that the Court dismiss the Petition without prejudice.  [Doc. No. 5].  Despite being cautioned that he must file any objection no later than March 27, 2026, Petitioner did not object and has waived his right to appellate review of the factual and legal issues addressed in the Report and Recommendation.  *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 5] and DISMISSES the Petition under 28 U.S.C. § 2241 without prejudice.[1]  A separate judgment shall be entered.

IT IS SO ORDERED this 30th day of March, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE

---

[1] The Court judicially notices that Petitioner has also filed a pro se Petition challenging his detention.  That case is ongoing.  *See Vo v. Figueroa*, CIV-26-410-J (W.D. Okla.).